768 A.2d 779

IN THE MATTER OF JOEL M. SOLOW, AN ATTORNEY AT LAW.

April 3, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **JOEL M. SOLOW** of **NEWARK,** who was admitted to the bar of this State in 1974, should be reprimanded for violating *RPC* 3.2 (failing to expedite litigation), *RPC* 3.5(c) (conduct intended to disrupt a tribunal) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **JOEL M. SOLOW** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.